JOHN A. MCCOOK *v.* WHITEBIRCH CONSTRUCTION, LLC, ET AL.

WHITEBIRCH CONSTRUCTION, LLC *v.* JOHN A. MCCOOK ET AL.

LENIHAN LUMBER COMPANY *v.* JOHN A. MCCOOK ET AL.

The petition by John A. McCook for certification for appeal from the Appellate Court, 117 Conn. App. 320 (AC 30144), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Frank P. Cannatelli*, in support of the petition.

*Richard J. Pascal* and *Laura B. Seder*, in opposition.

Decided January 28, 2010